IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR89 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES TOELLE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 51 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 51 from the record. The party is directed to re-file the document.

DATED this 22nd day of June, 2005.

BY THE COURT:

Laurie Smith Camp
United States District Judge